ROBERT L. BRACE (CA Bar No.122240)
MICHAEL P. DENVER (CA Bar No.199279)
HOLLISTER & BRACE
A Professional Corporation
1126 Santa Barbara Street
Post Office Box 630
Santa Barbara, CA   93102
Telephone: (805) 963-6711
Facsimile:  (805) 965-0329
E-Mail:   hblaw@hbsb.com

RICHARD W. HORTON (NV Bar No. 1542)
LIONEL SAWYER & COLLINS
Suite 1100 Bank of America Plaza
50 West Liberty Street
Reno, NV 89501
Telephone: (775) 788-8666
Facsimile:   (775) 788-8682

Attorneys for Thomas A. Dillon, Independent
Fiduciary of Employers Mutual Plans

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| Thomas A. Dillon, Independent Fiduciary of Employers Mutual Plans,<br><br>                    Plaintiff,<br>v.<br><br>American International Specialty Lines Insurance Company and National Union Fire Insurance Company of Pittsburgh<br><br>                    Defendants. | CASE NO.: CV-N-06-0348<br><br>**PLAINTIFF'S NOTICE OF SETTLEMENT AND *EX PARTE* MOTION REQUESTING ENTRY OF A STAY ORDER; ORDER**<br><br>**No Hearing Requested** |

TO THE COURT AND DEFENDANTS AMERICAN INTERNATIONAL SPECIATLY LINES INSURANCE COMPANY AND NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH:

YOU ARE HEREBY NOTIFIED THAT Plaintiff Thomas A. Dillon ("Dillon") and Defendants American International Specialty Lines Insurance Company and National Union Fire Insurance Company of Pittsburgh have agreed to resolve this matter by way of settlement. Because the defendants have not yet made an appearance in the case and will in all likelihood not need to do so, Dillon requests *ex parte* that the Court enter an Order staying the matter to

allow the parties to prepare settlement documents and to have them approved by the Court in underlying litigation. Dillon will dismiss the case when the settlement agreement has been so approved. This application is made on an *ex parte* basis in order that the stay can be entered without the need for the defendants to respond to Dillon's Complaint. To Dillon's knowledge, the defendants support this *ex parte* Motion, and would join in the *ex parte* Motion except that they have not yet appeared in this action.

Dated: June 29, 2006

HOLLISTER & BRACE
A Professional Corporation

By: _____
ROBERT L. BRACE
MICHAEL P. DENVER
Attorneys for Plaintiff

If a dismissal of this action has not been filed within six (6) months of the date of entry of this Order and no other relief from this Order has been ordered, the Court Clerk is directed to dismiss this action without prejudice.

IT IS SO ORDERED.

DATED this 14th day of September, 2006.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE